IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02132-WYD-CBS

LARRY ALLEN THOMPSON,
    Plaintiff,
v.

KEVIN MILYARD, Warden Sterling Corr. Fac.,
LLOYD WAIDE, Major/SCF Security, and
GARY LITTLE, Captain/SCF Housing (LU-1),
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Thompson's "Motion for Leave to Amend Complaint" (filed February 8, 2008) (doc. # 26). Pursuant to the Order of Reference dated January 22, 2008 (doc. # 17) and the memorandum dated May 23, 2008, this matter was referred to the Magistrate Judge. The court has reviewed the pending matter, the entire case file and the applicable law and is sufficiently advised in the premises.

    Mr. Thompson seeks to amend his Complaint to clarify that "the suit is being pursued against the Defendants in their INDIVIDUAL CAPACITIES" and to "retract the request for Compensatory Damages . . . ." (*See* doc. # 26 at pp. 2-3 of 3). Pursuant to Fed. R. Civ. P. 15(a)(1), Mr. Thompson is permitted to amend his complaint as a matter of course before being served with a responsive pleading and none of the Defendants has filed an answer. Accordingly, IT IS ORDERED that:

    1.    Mr. Thompson's "Motion for Leave to Amend Complaint" (filed February 8,

1

2008) (doc. # 26) is GRANTED.

2. The Complaint (doc. # 3) is clarified to the extent that the claims are brought against the Defendants in their individual capacities only and that Mr. Thompson's request for compensatory damages is withdrawn.

3. These clarifications to the Complaint render moot two of Defendants' arguments made in the pending Motion to Dismiss. (*See* doc. # 15 at p. 4 of 15 part I., pp. 11-12 of 15 part VII.).

DATED at Denver, Colorado, this 23rd day of May, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge