IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02132-WYD-CBS

LARRY ALLEN THOMPSON,
    Plaintiff,
v.

KEVIN MILYARD, Warden Sterling Corr. Fac.,
LLOYD WAIDE, Major/SCF Security, and
GARY LITTLE, Captain/SCF Housing (LU-1),
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Thompson's "Motion for Jurisdictional Control of Civil Action No. 07-cv-2132/WYD-CBS by Newly Appointed Chief Judge Wiley Y. Daniel" (filed October 24, 2008) (doc. # 44). Pursuant to the Order of Reference dated January 22, 2008 (doc. # 17) and the memorandum dated October 27, 2008 (doc. # 45), this matter was referred to the Magistrate Judge. The court has reviewed the pending matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

Mr. Thompson asks that "if it is within Chief Judge Daniel's discrition [sic] and authority to retain jurisdictional control of this, and the other related cases, that he affirmatively do so." This civil action is presently assigned to Judge Daniel, the pending Motion to Consolidate (doc. # 57 in Civil Action No. 07-cv-00229) is before Judge Daniel, and Judge Daniel directed all interested parties to file any responses no later than October 15, 2008. (*See* doc. # 40). Pursuant to the Local Rules of Practice of the

1

United States District Court for the District of Colorado, the Motion to Consolidate shall be decided by Judge Daniel.  *See* D.C. COLO. LCivR 42.1 ("A motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial . . . . Cases consolidated shall be assigned for all further purposes to the judicial officer to whom the lowest numbered consolidated case previously was assigned for trial. A case not consolidated shall remain assigned to the judicial officer before whom it was pending when the motion to consolidate was filed.").  Accordingly,

IT IS ORDERED that Mr. Thompson's "Motion for Jurisdictional Control of Civil Action No. 07-cv-2132/WYD-CBS by Newly Appointed Chief Judge Wiley Y. Daniel" (filed October 24, 2008) (doc. # 44) is DENIED as unnecessary.

DATED at Denver, Colorado, this 29th day of October, 2008.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge