IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02132-WYD-CBS

LARRY ALLEN THOMPSON,

    Plaintiff,

v.

KEVIN MILYARD, Warden Sterling Correctional Facility;
MAJOR LLOYD WAIDE, ID# 3186, SCF Security; and
CAPTAIN GARY LITTLE, ID# 7538, SCF Housing (LU-1),

    Defendants.

---

**ORDER AFFIRMING IN PART AND REJECTING IN PART
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on the Plaintiff's Motion for Leave to Amend Prisoner Complaint Pursuant to Fed. R. Civ. P. 15(A)(2) (docket #59), filed January 5, 2009.  Pursuant to the Order dated December 18, 2008 and the memorandum dated January 6, 2009, this motion was referred to Magistrate Judge Watanabe.

On February 20, 2009, Magistrate Judge Watanabe issued a Recommendation on the motion to amend.  The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b), FED. R. CIV. P. 72, D.C.COLO.LR. 72.4.  Magistrate Judge Watanabe recommends therein that Plaintiff's motion to amend be granted to allow the Prisoner Complaint to be amended to clarify and make clear that Plaintiff Larry Allen Thompson is suing the current Defendants in both their official and individual capacities. Magistrate Judge Watanabe also recommends that the motion be granted to add to the

prayer for relief portion of the Prisoner Complaint a punitive damages request of $150,000.00. On the other hand, Magistrate Judge Watanabe recommends that the motion be denied as to Plaintiff's request to assert an Eighth Amendment claim and as to adding new defendants. On February 26, 2009, Plaintiff filed timely objections to the Recommendation. Since objections were filed, I will review *de novo* the specific portions of the Recommendation to which Plaintiff objects. FED. R. CIV. P. 72(b).

Magistrate Judge Watanabe first recommends that the motion to amend be denied as to Plaintiff's request to assert a claim that his Eighth Amendment rights had been violated. He found that such a claim was previously dismissed by Judge Blackburn on September 28, 2008, in case no. 07-cv-01711. *See* Recommendation at 2-3. I note that there are two other cases pending before this Court involving different plaintiffs asserting similar claims. I assume that Magistrate Judge Watanabe confused this case with one of the other similar cases. Here, on September 2, 2008, I issued on order denying Defendant's motion to dismiss Plaintiff's Eighth Amendment claims. (*See* docket #53). Thus, I sustain the objection as to Plaintiff's request to assert an Eighth Amendment claim in the amended Prisoner Complaint and reject the Recommendation as to same.

Magistrate Judge Watanabe also recommends that the motion to amend be denied as to Plaintiff's request to add new defendants. No objections were filed to that part of the Recommendation, which I affirm and adopt. I find Magistrate Judge Watanabe's Recommendation on this request is well reasoned and sound, and agree that the motion to amend is properly denied as to this issue.

Based upon the foregoing, it is

ORDERED that the Recommendation on Plaintiff's Motion for Leave to Amend Prisoner Complaint Pursuant to Fed. R. Civ. P. (docket #62), filed February 20, 2009, is **AFFIRMED IN PART AND REJECTED IN PART**.  Specifically, it is affirmed as to the request to add new defendants and rejected as to the request to assert an Eighth Amendment claim.  It is

FURTHER ORDERED that Plaintiff's Objections to Recommendation of United States Magistrate Judge, filed February 26, 2009, are **SUSTAINED** as to the Eighth Amendment claim.  It is

FURTHER ORDERED that the Plaintiff's Motion for Leave to Amend Prisoner Complaint Pursuant to Fed. R. Civ. P. (docket #59), filed January 5, 2009, is **GRANTED IN PART AND DENIED IN PART**.  Specifically, it is **GRANTED** to allow the Prisoner Complaint to be amended as follows: (1) to clarify and make clear that Plaintiff Larry Allen Thompson is suing the current Defendants in both their official and individual capacities; (2) to add to the prayer for relief portion of the Prisoner Complaint a punitive damages request of $150,000.00; and (3) to assert an Eighth Amendment claim.  The motion is **DENIED** as to adding new defendants.  It is

FURTHER ORDERED that Plaintiff shall file his amended Prisoner Complaint no later than (30) thirty days from the date of this Order.

Dated: April 10, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge