IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02132-WYD-CBS

LARRY ALLEN THOMPSON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS ("CDOC")

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss With Prejudice (docket #68), filed April 10, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Joint Stipulated Motion to Dismiss With Prejudice (docket #68), filed April 10, 2009, is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  April 10, 2009

                                  BY THE COURT:


                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge